## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| KIRK "PETE" PETERSON, M.D., | Case No. _____ |
| Plaintiff, | |
| vs. | Removed from the Iowa District Court for Polk County, Case No. LACL159672 |
| DES MOINES UNIVERSITY OSTEOPATHIC MEDICAL CENTER, KARLI SMITH, HANNAH GUSTAFSON, ERIKA LINDEN AND SARAH PARROTT D.O., individually and in their corporate capacities, | |
| | **NOTICE OF REMOVAL** |
| Defendants. | |

Defendants Des Moines University Osteopathic Medical Center ("DMU"), Karli Smith, Erika Linden, and Sarah Parrott, D.O.[1] (collectively, the "Defendants"), by and through their counsel, Fredrikson & Byron, P.A., hereby remove the above-captioned civil action from the Iowa District Court in and for Polk County, Case No. LACL159672, to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and LR 81.  As grounds for removal, Defendants state:

1.      Plaintiff Kirk "Pete" Peterson, M.D., filed his Petition and Jury Demand in the Iowa District Court for Polk County on August 9, 2024.

2.      Plaintiff filed his Amended Petition and Jury Demand in the Iowa District Court for Polk County on August 28, 2024, before any Defendants had been served.

---

[1] Defendant Hannah Gustafson has not been served with the lawsuit and has not entered an appearance. However, as noted herein, she consents to Defendants' removal of this case.

3.      In the Amended Petition, Plaintiff alleges that Defendants violated 20 U.S.C. 1681 ("Title IX") and further alleges common law claims of defamation under Iowa law.  All claims arise from Plaintiff's supervision of DMU students during their internships.

4.      Erika Linden and Sarah Parrott were served with the Amended Petition on September 27, 2024.

5.      DMU was served with the Amended Petition on September 27, 2024.

6.      Karli Smith was served with the Amended Petition on September 30, 2024.

7.      Hannah Gustafson has not yet been served.

8.      Because this Notice of Removal is filed within 30 days after Defendants Des Moines University Osteopathic Medical Center ("DMU"), Karli Smith, Erika Linden, and Sarah Parrott, D.O. were served with the Amended Petition, this Notice of Removal is timely.  *See* 28 U.S.C. § 1446(b).

9.      Gustafson consents to the removal of this action to federal court by Defendants. *See* 28 U.S.C. § 1446(b)(2)(a).

10.     This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 based on the federal question contained in Plaintiff's Amended Petition, which alleges Defendants violated Title IX.

11.     The state law claims raised in the Amended Petition are part of the same case or controversy, and therefore, this Court has supplemental jurisdiction over those claims.  *See* 28 U.S.C. § 1367(a); *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 552 (2005).  This action may thus be removed to this Court.  *See* 28 U.S.C. § 1441(a); *City of Chicago v. Int'l College of Surgeons*, 522 U.S. 156, 165–66 (1997) (holding that district courts may exercise supplemental jurisdiction on removal).

12. Venue in this Court is proper because this Court is the United States District Court for the district and division that includes the location where the state-court action was pending. *See* 28 U.S.C. § 1441(a); *Polizzi v. Cowles Magazines, Inc.*, 345 U.S. 663, 665–66 (1953).

13. A copy of all documents filed in the state court action are filed with this Notice as Exhibit 1. *See* 28 U.S.C. § 1446; LR 81.a.1.

14. A copy of this Notice of Removal is being filed with the Clerk of the Iowa District Court for Polk County and is being served on the adverse party. *See* 28 U.S.C. § 1446(d).

15. No matters are pending in the state court that will require resolution by this Court, aside from Plaintiff's claims. *See* LR 81.a.2.

16. The names of counsel and the law firm that has appeared in the state court, with their contact information, as well as the parties they represent are contained in the Defendant's Local Rule 81 Certificate. *See* LR 81.a.3.

WHEREFORE, Defendants give notice that the above-entitled action is removed from the Iowa District Court in and for Polk County.

Dated this 17th day of October, 2024.    **FREDRIKSON & BYRON, P.A.**

/s/ Olivia N. Norwood
Emily S. Hildebrand Pontius (AT8931)
epontius@fredlaw.com
Olivia N. Norwood (AT13429)
onorwood@fredlaw.com
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1972
Telephone:  (515) 242-8900
Facsimile:  (515) 242-8950

**ATTORNEYS FOR DEFENDANTS DES
MOINES UNIVERSITY OSTEOPATHIC
MEDICAL CENTER, KARLI SMITH,
ERIKA LINDEN, AND SARAH
PARROTT, D.O.**

### Certificate of Service

The undersigned hereby certifies that the foregoing document was served on Plaintiff via mail at the address below on October 17, 2024.

Kirk "Pete" Peterson, M.D.
53733 Highway 210
Huxley, Iowa 50124

/s/ Maria Garcia