## DES MOINES UNIVERSITY OSTEOPATHIC MEDICAL CENTER
## CLINICAL TRAINING AGREEMENT
### Implementation Letter

The purpose of this Implementation Letter is to provide a record of the clinical training affiliation agreement between the University and the Clinical Site with respect to the clinical training experiences of the University's health profession students and the agreement of the parties to abide by all terms and conditions of the Des Moines University Osteopathic Medical Center Clinical Training Agreement (version January 2017) which is hereby incorporated by reference, without modification or exception except as specified below.

1. Date:    5/10/2017

2. Term of Clinical Training Agreement (3-year term recommended):

   4/1/2017                    through    12/31/2017

3. Clinical Site notice:

   | | |
   |---|---|
   | Clinical Site name: | Dr. Kirk Peterson |
   | Attention: | Dr. Kirk Peterson |
   | Address: | 53733 Hwy 210 |
   | City, State, Zip: | Huxley, IA 50124 |
   | Phone number: | 515-597-2600 |
   | Facsimile: | |
   | Email: | **kirk.peterson@unitypoint.org** |

   Check the following box if the Clinical Site requires original signature. ☐

4. Edits: Please reference section of Clinical Training Agreement (Example A1).

   | Section | Edit |
   |---|---|
   | Preamble | This agreement is only for DO student rotations. |
   | | |

5. Additional language to Clinical Training Agreement:

   | Section | Addition |
   |---|---|
   | | |
   | | |

EXHIBIT "A"

6.  This agreement will be renewed for one additional term of three years unless terminated by either party. This Agreement may be modified at any time with the mutual written consent of the parties and either party may terminate the agreement according to Section B-12 of the Clinical Training Agreement.

7.  As consideration for use of the Clinical Site's facilities for health profession student rotations and for clinical training by the Clinical Site's Preceptors, the University agrees to provide the Clinical Site's preceptor $ 125 per week, per student.

8.  This Agreement supersedes all prior contracts, agreements and understandings (whether written or oral) between the Parties with respect to the subject matter addressed in this Agreement.

The individuals executing this Implementation Letter are authorized to sign on behalf of their institutions and certify that their institutions have accepted the terms of the Clinical Training Agreement and further agree to comply with its terms except as noted above. Electronically reproduced signatures will be treated as original.

Dr. Kirk Peterson:



| Name/Title |
| Date:    5-11-17 |

DES MOINES UNIVERSITY OSTEOPATHIC MEDICAL CENTER:



**Mark Peiffer, Chief Financial Officer**
Digitally signed by: mpeiffer
Reason: I agree to the contract terms by the placement of my signature on this document.
Date: 5/15/2017 1:18:49 PM

Date:

## DES MOINES UNIVERSITY OSTEOPATHIC MEDICAL CENTER
## CLINICAL TRAINING AGREEMENT

The purpose of the Clinical Training Agreement ("Agreement") and Implementation Letter is to guide and direct the parties respecting their affiliation, working arrangements, and agreements in furtherance thereof to provide high-quality clinical learning experiences for health professions students at Des Moines University Osteopathic Medical Center ("University"). University is ultimately responsible for the medical education program, academic affairs, and the assessment of health professions students. Clinical Site will provide medical students and faculty, if applicable, access to appropriate resources for medical student education.

Agreement includes the following health professions students:
- Doctor of Osteopathic Medicine
- Doctor of Podiatric Medicine and Surgery
- Doctor of Physical Therapy
- Physician Assistant

A.      **Responsibilities of the Clinical Site.** The Clinical Site shall:

1. Provide a supervised clinical education experience in accordance with the objectives of the University's education program. The Clinical Site shall participate in the health professions student's performance report/evaluation process. University shall be responsible for providing any such forms for process, and Clinical Site agrees to submit evaluations within 14 days of any completed clinical education experience.

2. Appoint a clinical program coordinator and identify an authorized individual who will be the primary on-site resource for assigned students regarding security and personal safety issues.

3. Be responsible for the facilitation of the health professions student's professional growth through selection of patients for teaching purposes and educational assignments and for the provision of adequate space, equipment and supplies to the objectives of clinical training.

4. Assume complete responsibility for patient care and treatment. The Clinical Site will provide clinical instructors to maintain an acceptable instructor-health professions student ratio. The health professions student will participate in providing patient care under the supervision of qualified Clinical Site staff. The Clinical Site will remain responsible for the patient's care when a health professions student is assigned. Health professions students will not replace Clinical Site staff or act in a service capacity, apart from their educational goals.

   Clinical Site agrees that clinical instructors assigned to educate the health professions students shall abide by this Agreement. If Clinical Site does not have the authority to manage clinical instructors, the clinical program coordinator shall contact the University in accordance to the notice section, section A 11, of this agreement.

5. In the event a health professions student is exposed to an infectious or environmental hazard or other occupational injury (e.g. needle stick) while at the Clinical Site, the Clinical Site will provide such emergency care as is provided its employees, including, where applicable: examination and evaluation by Clinical Site's emergency department or other appropriate facility as soon as possible after the injury.

   Exposures to blood borne pathogens via needlestick will be handled in accordance with standard needlestick protocols at the Clinical Site. The health professions student's health insurance will be the first party payer in instances of accidental exposure requiring testing and prophylaxis of the student. The Clinical Site is responsible for testing of the patient. The health professions student will be responsible for any charges thus generated.

6. If, in the course of the clinical education experience, the health professions student has a likelihood of exposure to radiation through exposure to fluoroscopy procedures or other significant radiologic sources, the Clinical Site will badge the health professions student in accordance with its protocols for measurement and reporting of radiation dosage. The health professions student's health insurance will be the first party payer. Reporting of any abnormal exposures will be in accordance with applicable state and federal regulation and policies within the Clinical Site. Alternately, in lieu of badging the health professions student, the Clinical Site may take steps to protect the student from the radiation source of concern (e.g., excuse them from fluoroscopy procedures) in order to assure radiation dosages are in accordance with the ALARA (As Low As Reasonably Achievable) principle.

7. Health professions student may have access to clinical facilities, which are not wholly owned/and or operated by Clinical Site, and may be used to furnish additional clinical learning experience. Clinical Site will ensure and verify supervision of health professions students while on rotation at these clinical facilities. Both parties acknowledge that all terms and conditions described in this agreement will apply to these clinical facilities.

8. Maintain liability insurance in an amount that is commercially reasonable.

9. Upon reasonable notice, permit the inspection by the University or its accreditation agencies of the Clinical Site's facilities and the services available for clinical experiences.

10. Provide written notification to the University promptly if a claim arises involving a health professions student.

11. All notices provided by the Clinical Site will be in writing, and will be deemed to have been duly given when delivered personally, deposited in the United States mail, by Federal Express or UPS, facsimile or email, addressed as follow:

Des Moines University
Attn: Chief Financial Officer
3200 Grand Avenue
Des Moines, IA 50312-4198
Contracts@dmu.edu
Phone: 515-271-1422
Fax: 515-271-4248

**B.    Joint Responsibilities**

1. The representatives of both parties will seek each other's cooperation in carrying out the provisions of this Agreement. Both parties will recognize that the specific nature of the clinical experience required by the University may vary, and that following the execution of this Agreement and within the scope of its provisions, the parties may develop policies and procedures to formalize operational details of the program.

2. Both parties shall designate individuals who will be responsible for coordinating the clinical education program. Coordination, at a minimum, includes determining the number of health professions students, their length in the program, and their desired learning experiences. In addition, faculty supervision and expectations of the Clinical Site staff shall be determined prior to beginning any clinical education program.

3. The parties will work together to maintain an environment of quality patient care for Clinical Site patients and the attainment of learning objectives.

4. Both parties shall provide adequate orientation time for health professions students new to the Clinical Site. The Clinical Site, as part of orientation, will inform the health professions students of its policies and procedures to which the health professions student(s) are expected to adhere during the clinical education program and while on Clinical Site premises. A copy of the policies and procedures will be provided to the University's program representative upon request.

5. Both parties shall plan and administer a clinical education experience, which will satisfy the requirements of all applicable laws, regulations and licensing or supervisory agencies. Each party to this Agreement is responsible for verifying that any of their health professions students and/or employees providing services under this Agreement is currently and appropriately licensed if applicable.

6. Both parties shall maintain in confidence health professions student files and personal information and limit access to only those employees that need to know and agree to comply with the Family Educational Rights and Privacy Act (FERPA), to the same extent as such laws and regulations apply to University.  For the purpose of this Agreement, pursuant to FERPA, University hereby designates facility as a school official with a legitimate educational interest in the educational records of the health professions students who participate in educational rotations at Clinical Site to the extent that access to the records is required by Clinical Site to carry out its responsibilities.

7. The parties agree to comply with Titles VI and VII of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Section 504 of the Rehabilitation Act of 1973, the Americans with Disabilities Act Amendments Act, the Age Discrimination Act of 1975, and the related regulations to each. There shall be no discrimination on the basis of race, ethnicity, national origin, religion, creed, color, sex, age, veteran status, sexual orientation, gender identity, pregnancy, or handicap in either the selection of Program Participants for participation in the Program, or as to any aspect of the clinical training; provided, however, that with respect to handicap, the handicap must not be such as would, even with reasonable accommodation, in and of itself preclude the Program Participant's effective participation in the Program.

8. Both parties understand that neither party to this Agreement may assign this Agreement without the prior written consent of the other.

9. The health professions students participating in the program will not be considered employees or agents of the Clinical Site for any purpose. Health professions students will not be entitled to receive any compensation from the Clinical Site or any benefits of employment from the Clinical Site, including but not limited to, health care or worker's compensation benefits, vacation, sick time, or any other benefit of employment, direct or indirect. The Clinical Site will not be required to purchase any form of insurance for the benefit or protection of any health professions student of the University.

10. Nothing in this Agreement is intended to or shall be construed to constitute or establish an agency, employer/employee, partnership, franchise, or fiduciary relationship between the parties; and neither party shall have the right or authority or shall hold itself out to have the right or authority to bind the other party, nor shall either party be responsible for the acts or omissions of the other except as provided specifically to the contrary herein.

11. This Agreement contains the entire Agreement of the parties as it relates to this subject matter and may be modified only by additional written provisions contained in a properly executed Implementation Letter.

12. This Agreement may be terminated at any time and for any reason by either party upon not less than 180 days prior written notice to the other party. Should notice of termination be given under this Section, health professions students already scheduled to train at Clinical Site will be permitted to complete any previously scheduled clinical assignment at Clinical Site.

C.    **Responsibilities of the University.** The University shall:

1. Appoint a program representative, who will serve as the University's representative to the Clinical Site. The program representative of the University shall be responsible for establishing a contact at the Clinical Site who agrees to serve as the Clinical Site representative.

2. Be responsible for submission of required reports/evaluations on health professions student's performance in the clinical education program. Only those health professions students who have satisfactorily completed curriculum prerequisites of the University's program shall be assigned to the Clinical Site clinical education program.

3. Be responsible for the assignment of health professions students to the Clinical Site. The University will provide the Clinical Site with the following required information in writing prior to the assignment of health professions students: health professions student's name, dates and hours of assignment, course expectations and other information specified by the Clinical Site at least 30 days in advance (or as soon as it is available).

4. Acknowledge that the Clinical Site will have no responsibility for the health care needs of health professions students except on an emergency basis and with prompt notification to the University. The University is also not responsible for the health care needs of the health professions students. It is also understood that the University will not allow health professions students to leave campus for a clinical experience without proof of personal health insurance.

5. Provide proof that both the University, and its health professions students, are each covered under a professional liability insurance policy for their acts at the Clinical Site. Such coverage shall be at least $1 million per incident and $3 million in aggregate. The University shall indemnify, save, and hold harmless the Clinical Site, its employees, and its affiliates from and against any loss (including legal expenses and attorney's fees), damage injury, or loss of life for the acts of its health professions students in the Clinical program. The Clinical Site shall cooperate fully with the University in defending against, and disposing of, any such suits.

6. Agree to require all health professions students to maintain the confidentiality of all patients and all information relating to patients. The University further agrees to require the health professions students to agree to maintain the confidentiality of all propriety information of the Clinical Site. The unauthorized release and/or discussion of a patient's protected health information or Clinical Site's proprietary information can result in the termination of the participation of a health professions student in the program or the termination of the Agreement.

7. Inform the participating health professions students of their responsibilities under this Agreement and of the requirements established in accordance with this Agreement. The University shall advise the health professions students that they will be required to adhere to the policies, procedures, clinical protocol, rules, regulations, and schedules of the Clinical Site, and conform to all uniform requirements, and participate in other Clinical Site facility activities as deemed appropriate to the clinical education experience.

8. Withdraw any health professions student at the request of the Clinical Site if performance is unsatisfactory to the Clinical Site. A request for health professions student withdrawal will be directed to the University's Clinical Program Representative. The Clinical Site shall have the right to suspend the health professions student immediately from clinical duties pending their formal withdrawal from the clinical

program at the Clinical Site. The Clinical Site may restrict the health professions student to an observer role, pending either a further investigation or a request for withdrawal from the Clinical Site. The Clinical Site agrees to cooperate fully in the investigation and resolution of the health professions student's unsatisfactory performance.

9.  Ensure that health professions students demonstrate hepatitis B, rubella, rubeola, and influenza vaccinations or immunizations as specified by the Clinical Site. Health professions students should have current (within ten years) tetanus immunization, current (within one year) negative PPD Tuberculosis test (Mantoux preferred); or if a positive PPD history, a negative chest x-ray, and physician documented history Chicken Pox or laboratory verification of immune status.

10. Ensure that each health professions student has obtained a criminal background check prior to leaving campus for a clinical education experience.  The University shall maintain a repository for all files concerning criminal background checks of its health professions students and shall be responsible to report any criminal acts in writing to the Clinical Site before health professions students report for clinical education experience.  Failure to report health professions student's criminal acts to the Clinical Site will negate the clinical experience and agreement between the University and the Clinical Site.  Any additional background checks required by the Clinical Site are the responsibility of the health professions student to obtain and all costs related to the additional background checks are that of the health professions student's as well.

11. Have primary responsibility for planning the clinical educational program of the clinical experience at the Clinical Site after consultation with the Clinical Site staff. Health professions students may participate in the care of the patients in accordance with the policies and procedures set by the Clinical Site.

12. Report to the Clinical Site any change in the approval or accreditation of the University or its program.



## DES MOINES ✝ UNIVERSITY

**Addendum**

Effective Date: ___12/31/2020___

The agreement entered into between ___Peterson, Kirk MD___ (clinical site) and Des Moines University dated ___4/01/2017___ (date of contract) is hereby amended with additional language as follows:

The Affiliation Agreement set to expire on 12/31/2020 shall be renewed for a three-year term. At the end of those three years, the agreement will be renewed for one additional term of three years unless terminated by either party. The agreement will then expire again on 12/31/2026.

All other terms and conditions contained in the agreement shall remain in full force and effect. This Amendment is hereby executed by the authorized signatures below.

DES MOINES UNIVERSITY                    DR. KIRK PETERSON

_____                    _____
Mark J. Peiffer                                        Name

Senior Vice President & Chief Financial Officer      _____MD_____
Title                                                         Title

> **Mark Peiffer, Senior Vice President and CFO**
> Digitally signed by: mpeiffer
> Reason: I agree to the contract terms by the placement of my signature on this document.
> Date: 10/20/2020 11:43:30 AM

                                                          ___10-11-20___
                                                          Date